[No. 12240-5-II.   Division Two.   November 14, 1989.]

JOHN DREBICK, ET AL, *Appellants,* v. THE CITY OF OLYMPIA, *Respondent.*

Appeal from a judgment of the Superior Court for Thurston County, No. 87-2-01876-5, Orris L. Hamilton, J. Pro Tem., entered March 25, 1988. *Affirmed* by unpublished opinion per Reed, J., concurred in by Petrich, A.C.J., and Worswick, J.

[No. 10998-1-II.   Division Two.   November 14, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. ALLEN WARREN SWAGERTY, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 86-1-00107-6, Gary W. Velie, J., entered May 8, 1987. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Alexander, C.J., and Reed, J.

[No. 12009-7-II.   Division Two.   November 14, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. KEVIN M. PACE, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 87-1-00925-4, J. Dean Morgan, J., entered May 5, 1988. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Alexander, C.J., and Reed, J.